STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00827−BWK

JOHNSON et al v. DAVOL, INC. et al
Assigned to: HONORABLE BRUCE W. KAUFFMAN
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DENVER JOHNSON**

represented by **L. LEONARD LUNDY**
LUNDY LAW
1635 MARKET STREET
19TH FLOOR
PHILADELPHIA, PA 19103
215−567−3000
Email: llundy@lundylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARY JOHNSON**

represented by **L. LEONARD LUNDY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | " 1 | COMPLAINT against DAVOL, INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 946044.), filed by DENVER JOHNSON, MARY JOHNSON.(tj, ) (Entered: 02/21/2008) |
| 02/20/2008 | " | Summons Issued; 2 Mailed to counsel 2/21/08 as to DAVOL, INC., C.R. BARD, INC. (tj, ) (Entered: 02/21/2008) |
| 02/20/2008 | " | DEMAND for Trial by Jury by DENVER JOHNSON, MARY JOHNSON. (tj, ) (Entered: 02/21/2008) |
| 04/22/2008 | " 2 | Certified Copy of Order from THE MDL PANEL THAT THE ABOVE CAPTIONED CASE IS TRANSFERRED TO THE USDC OF RHODE ISLAND. (jl, ) (Entered: 04/22/2008) |

| | | |
|---|---|---|
| 04/22/2008 | " | Original record together with certified copy of docket entries forwarded TO THE USDC OF RHODE ISLAND.. (jl, ) (Entered: 04/22/2008) |